UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN IVAN KOCAK,<br><br>          Plaintiff,<br><br>   v.<br><br>SHERWIN JIMINEZ,<br><br>          Defendant. | 1:18-cv-00417-BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff John Ivan Kocak, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On March 27, 2018, Plaintiff filed a complaint, (ECF No. 1), and a motion to proceed *in forma pauperis*, (ECF No. 2).

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

Here, Plaintiff asserts a claim arising out of events at the Correctional Training Facility in Soledad, California, against a correctional officer employed at that facility. Thus, none of the defendants reside in this district. The claim arose in Monterey County, which is in the Northern

1

District of California. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California.

In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. *See* 28 U.S.C. § 1406(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California. Further, the Court will not rule on Plaintiff's pending motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **March 29, 2018**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE